NORTHERN FREIGHT LINES, INC., ET AL. *v.*
UNITED STATES ET AL.

No. 1100.   Decided March 16, 1970

*Guy H. Postell, David A. Sutherlund, David Axelrod, Roland Rice, John S. Fessenden, Richard R. Sigmon, Peter T. Beardsley, R. Edwin Brady, Albert B. Rosenbaum, Donald E. Cross, Bryce Rea, Jr., Eugene T. Lüpfert,* and *William O. Turney* for appellants.

*Solicitor General Griswold, Assistant Attorney General McLaren, Howard E. Shapiro, Robert W. Ginnane, Fritz R. Kahn,* and *Raymond M. Zimmet* for the United States et al., *John E. Robson* and *Arthur M. Wisehart* for Railway Express Agency, Inc., and *John J. C. Martin* for Drug & Toilet Preparation Traffic Conference et al., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.